UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  EDCR 03-98-VAP |
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| GERMAINE ROSHAN WHEELER, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CENTRAL___ District of ___CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

Instant allegation

Criminal history

No known bail resources

1

1    and/or

2    B.    (X)    The defendant has not met his/her burden of establishing by clear and

3                convincing evidence that he/she is not likely to pose a danger to the

4                safety of any other person or the community if released under 18

5                U.S.C. § 3142(b) or (c).  This finding is based on the following:

6                    Instant allegations

7                    Criminal history

8

9

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated:   December 12, 2014

16                                HONORABLE KENLY KIYA KATO
                                 United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27                                    2

28