

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERMAINE WHEELER,<br><br>Defendant. | Case No.   5:03-CR-00098-VAP<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On December 21, 2018,  Defendant Germaine Wheeler ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter.   Defendant was represented by Deputy Federal Public Defender Nadine Hettle.

///

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Outstanding warrant;
- Insufficient appropriate bail resources;
- Prior supervised release violations;
- Unknown bail resources.

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Outstanding warrant;
- Substance abuse history;
- Extensive criminal history;
- Commission of crime while on probation;
- Nature of charged offense.

///
///
///
///
///

2

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 26, 2018

/s/
_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE
